# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 31, 2023

## NO. 03-23-00113-CV

**McCulloch County, Appellant**

**v.**

**Silver Creek Ventures, L.L.C. d/b/a Heritage Ranch; and
Ranch Enterprises, Ltd., Appellees**

**APPEAL FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
BEFORE JUSTICES BAKER, SMITH, AND JONES
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE JONES**

This is an appeal from the interlocutory order signed by the trial court on January 30, 2023. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.